UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DANA HARSHMAN,

        Plaintiff,

-vs-                               Case No. 5:04-cv-480-Oc-10GRJ

GLENDA HOOD, Florida Secretary of State, NANCY ARGENZIANO, Senator, District 3, and DENNIS BAXLEY, State Representative, District 24,

        Defendants.
_____/

## O R D E R

The United States Magistrate Judge has issued a report (Doc. 17) recommending that the Plaintiff's pro se complaint be dismissed with prejudice because it fails to state a claim and because it is frivolous. The Plaintiff has not filed an objection to the report and recommendation of the Magistrate Judge, and the time for doing so has elapsed.

Accordingly, upon an independent review of the file, and upon due consideration, it is adjudged that:

(1) the report and recommendation of the Magistrate Judge (Doc. 17) is adopted, confirmed, and made a part hereof;

(2) the Plaintiff's complaint is DISMISSED with prejudice; and

(3) the Clerk is directed to enter judgment accordingly, terminate any pending motions, and close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 23rd day of May, 2005.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record
               Maurya McSheehy